NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JUSTO L. FIGUEROA,**
*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**
*Respondent-Appellee*

---

2022-2136

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 19-897, Judge Joseph L. Toth.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Justo L. Figueroa's unopposed motion to voluntarily dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b) and the parties' agreement as to the allocation of costs,

IT IS ORDERED THAT:

(1)  The motion is granted.  The appeal is dismissed.

2                                                                FIGUEROA v. MCDONOUGH

(2)  Each party shall bear its own costs.

FOR THE COURT

January 12, 2023                    /s/ Peter R. Marksteiner
Date                                Peter R. Marksteiner
                                    Clerk of Court

ISSUED AS A MANDATE: January 12, 2023